Argued and submitted November 19, 2020, affirmed March 23, appellant's petition for reconsideration filed April 11 allowed by opinion August 10, 2022 See 321 Or App 294, ___ P3d ___ (2022)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LEONARD DALE TOW,
*Defendant-Appellant.*

Washington County Circuit Court
18CR78310, 18CR06991;
A170948 (Control), A170950

507 P3d 295

Theodore E. Sims, Judge.

Anna E. Belais, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Michael A. Casper, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Prophet*, 318 Or App 330, 507 P3d 735 (2022).